# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# CASE NO. 5:19-cv-00436

Series 16-11-509,

    Plaintiff,

v.

The Phoenix Insurance Company,

    Defendant.
_____/

>  Parties' Stipulated Notice of Dismissal Under FRCP 41(a)(1) Without Prejudice is approved.
>
>  s/ Pamela A. Barker
>  PAMELA A. BARKER
>  UNITED STATES
>  DISTRICT JUDGE

## JOINT STIPULATION AND CONSENT OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Series 16-11-509, LLC, a designated series of MSP Recovery Claims, Series LLC, and Defendant Phoenix Insurance Company, by and through authorized counsel below, consent and stipulate to the dismissal of this action, without prejudice.

Dated: May 21, 2020

Respectfully submitted,

KELLEY & FERRARO, L.L.P.

| | | |
|---|---|---|
| By:    /s/ *William D. Mason Jr.* | By: |  /s/ *Bryce L. Friedman* |

| | |
|---|---|
| James L. Ferraro (Ohio Bar #0076089) | Bryce L. Friedman |
| John Martin Murphy (Ohio Bar #0066221) | (Admitted *Pro Hac Vice)* |
| William Mason Jr. (Ohio Bar #0092747) | SIMPSON THACHER & BARTLETT LLP |
| Edward J. Kelley, III (Ohio Bar #0096082) | 425 Lexington Avenue |
| 950 Main Avenue, Suite 1300 | New York, NY 10017 |
| Cleveland, Ohio  44113 | Tel: (212) 455-2000 |
| jlf@ferrarolaw.com | Fax: (212) 455-2502 |
| jmurphy@kelleyferraro.com | bfriedman@stblaw.com |
| mmason@kelleyferraro.com | |
| ejkelley@kelleyferraro.com | |